Emily S. Wall
State Bar No. 24079534
John Hardy Rogers
State Bar No. 24115647
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7307
Fax: (214) 573-7399
E-mail: ewall@chfirm.com
E-mail: jhrogers@chfirm.com

Proposed Attorneys for Laurie Rea, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| The Yuma Companies, Inc., | § | Case No. 20-41454-mxm7 |
| | § | |
| Debtor. | § | |
| | § | |

# MOTION TO SEPARATE JOINTLY ADMINISTERED CASES

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON <u>DECEMBER 4, 2020</u>, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Laurie Rea, Chapter 7 Trustee (the "Trustee") in this case, files this *Motion to Separate Jointly Administered Cases* and respectfully states the following:

1. On April 15, 2020, Yuma Energy, Inc., Yuma Exploration & Production Company, Inc., Davis Petroleum Corporation, and The Yuma Companies, Inc. all filed voluntary chapter 11 petitions.

2. On April 17, 2020, this Court entered an order directing joint administration of the chapter 11 cases [Docket No. 9].

3. On October 19, 2020, this Court entered an order converting the cases to cases under chapter 7. Laurie Rea was appointed the trustee.

4. On November 3, 2020, this Court entered an order granting the Trustee's motion to dismiss the cases of Davis Petroleum Corporation and Yuma Exploration and Production Company, Inc.

5. The remaining two estates of Yuma Energy, Inc. and The Yuma Companies, Inc. have different creditors and there is no longer a need for the joint administration of the cases.

6. Therefore, it is in the best interest of both estates if the cases are administered separately.

WHEREFORE, the Trustee prays that the Court enter an order separating the jointly administered cases of Yuma Energy, Inc. (Case No 20-41455) and The Yuma Companies, Inc. (Case No. 20-41454) and for such other and further relief to which the Trustee is entitled.

Respectfully submitted,

/s/ Emily S. Wall
Emily S. Wall
State Bar No. 24079534
John Hardy Rogers
State Bar No. 24115647

CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7307
Fax: (214) 573-7399
Email: ewall@chfirm.com

Proposed Attorneys for Laurie Rea, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| The Yuma Companies, Inc., | § § | Case No. 20-41454-mxm7 |
| Debtor. | § § § | |

### ORDER GRANTING MOTION TO SEPARATE JOINTLY ADMINISTERED CASES

On this day came for consideration the **Motion to Separate Jointly Administered Cases** [Docket No. ___] (the "Motion") filed by Laurie Rea, Chapter 7 Trustee (the "Trustee") on November 13, 2020. The Court, having determined that proper notice was given and that no objections have been filed, is of the opinion that the Motion is in the best interest of the estates and should be approved. It is therefore,

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED**, that the case of Yuma Energy, Inc. shall be administered separately under Case No. 20-41455 from the date of entry of this Order; it is further

Page 1 of 2

Order Granting Motion to Separate Jointly Administered Cases

**ORDERED**, that the case of The Yuma Companies, Inc. shall be administered separately under Case No. 20-41454 from the date of entry of this Order.

### ### END OF ORDER ###

Order submitted by:

Emily S. Wall
State Bar No. 24079534
John Hardy Rogers
State Bar No. 24115647
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7307
Fax: (214) 573-7399
E-mail: ewall@chfirm.com
E-mail: jhrogers@chfirm.com

Proposed Attorneys for Laurie Rea, Chapter 7 Trustee

**Order Granting Motion to Separate Jointly Administered Cases**