



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 11, 2020**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

 

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| The Yuma Companies, Inc., | § | Case No. 20-41454-MXM7 |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER GRANTING MOTION TO SEPARATE JOINTLY ADMINISTERED CASES

On this day came for consideration the **Motion to Separate Jointly Administered Cases** [Docket No. 21] (the "Motion") filed by Laurie Rea, Chapter 7 Trustee (the "Trustee") on November 13, 2020. The Court, having determined that proper notice was given and that no objections have been filed, is of the opinion that the Motion is in the best interest of the estates and should be approved. It is therefore,

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED**, that the case of Yuma Energy, Inc. shall be administered separately under Case No. 20-41455 from the date of entry of this Order; it is further

**ORDERED**, that the case of The Yuma Companies, Inc. shall be administered separately under Case No. 20-41454 from the date of entry of this Order.

### ### END OF ORDER ###

Order submitted by:

Emily S. Wall
State Bar No. 24079534
John Hardy Rogers
State Bar No. 24115647
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7307
Fax: (214) 573-7399
E-mail: ewall@chfirm.com
E-mail: jhrogers@chfirm.com

Proposed Attorneys for Laurie Rea,
Chapter 7 Trustee