# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| | | |
|---|---|---|
| Case No.: | 20-41454-mxm7 | |
| Case Name: | THE YUMA COMPANIES, INC. | |
| For the Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Laurie Dahl Rea |
| Date Filed (f) or Converted (c): | 10/19/2020 (c) |
| §341(a) Meeting Date: | 12/01/2020 |
| Claims Bar Date: | 05/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Cash & Cash Equivalents: YC's Operating Account | $25,235.33 | $25,235.33 | | $25,235.33 | FA |
| **Asset Notes:** Asset determined by review of chapter 11 schedules, 341 testimony, 1019 statement, and interview with company accountant. Asset received. | | | | | |
| 2 Cash & Cash Equivalents: YC's Payroll Account | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset determined by review of chapter 11 schedules, 341 testimony, 1019 statement, and interview with company accountant. No funds on account on conversion. | | | | | |
| 3 Deposits & Prepayments | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset determined by review of chapter 11 schedules, 341 testimony, 1019 statement, and interview with company accountant. No such assets as of conversion to 7. | | | | | |
| 4 Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset determined by review of chapter 11 schedules, 341 testimony, 1019 statement, and interview with company accountant. No such assets as of conversion to 7. | | | | | |
| 5 Checks to be Received | $4,603.14 | $4,603.14 | | $4,603.14 | FA |
| **Asset Notes:** Received. Refund on healthcare premiums when BCBS healthcare coverage for employee was terminated. | | | | | |
| 6 Investments: Yuma Explor. & Prod. Co., Inc. | $16,144,842.00 | $16,144,842.00 | | $0.00 | FA |
| **Asset Notes:** This value was booked by the Debtor in December 2019. Tony Schnur testified that the stock could not be sold for this amount. At the filing of the chapter 11 the scheduled assets exceeded the liabilities. See, Docket 237/238. But the assets of Yuma E&P were oil and gas interests that could not be operated, insured or protected from causing environmental damage. For that reason the case was dismissed. The oil and gas interests have been abandoned to the states by the remaining employees of this non-debtor. The equity interest in Yuma E&P does not have value. | | | | | |
| 7 Mach., Equip. and Vehicles - Other Property & Equipment | $263,279.00 | $263,279.00 | OA | $0.00 | FA |
| **Asset Notes:** At 341 meeting Tony Schnur testified that he based this on the books and records. It was on the companies books, but there were items on the list that had been sold over many years. They never updated this accounting item to reflect the actual assets. These assets either did not exist any longer or were abandoned per docket # 378 notice of abandonment. Trustee did a FaceTime tour with employees to view all remaining assets before abandoning them. | | | | | |
| 8 All Other Assets: Public Offering Costs | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** No value. | | | | | |
| 9 Potential D&O Cause of Action (u) | $0.00 | $0.00 | | $0.00 | $55,000,000.00 |
| **Asset Notes:** Lawsuit filed on April 13, 2022 seeking damages of $43 to $55 million. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $16,437,959.47 | $16,437,959.47 | | $29,838.47 | $55,000,000.00 |

| Case No.: | 20-41454-mxm7 | Trustee Name: | Laurie Dahl Rea |
| Case Name: | THE YUMA COMPANIES, INC. | Date Filed (f) or Converted (c): | 10/19/2020 (c) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 12/01/2020 |
| | | Claims Bar Date: | 05/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 08/22/2022 | Trustee's counsel filed response to three motions to dismiss. Replies due by 9/13/22. |
| 08/15/2022 | D&O case update: reference withdrawn. Pending as 4:22-cv-00565-O. |
| 04/13/2022 | D&O Complaint filed seeking $43 to $55 million. |
| 04/12/2022 | Hearing on application to employ new counsel. Granted. |
| 04/04/2022 | Application to Employ McCaffity. |
| 03/23/2022 | Special counsel FH sent declination letter. |
| 02/23/2022 | Special counsel still evaluating claim. |
| 12/22/2021 | Special counsel evaluating D&O claim. |
| 12/22/2021 | Sheldon Levy employed. |
| 10/27/2021 | Filed application to employ Sheldon Levy. Sent request to IRS for latest tax returns. |
| 09/16/2021 | Order employing Cavazos Hendricks [Docket No. 28] |
| | Chapter 11 Admin Claim Bar Date 3/14/21 [Docket No. 40] |
| | Claims Bar Date 5/6/21 |
| 09/16/2021 | Determining whether Yuma Energy D&O claims are owned, in part, by this estate. Special counsel is still evaluating claims and whether this estate is entitled to any damages. |
| 09/16/2021 | Will need to file tax return(s). |
| 05/13/2021 | Evaluated 90-day and 1 year preferences listed in SOFA [Docket Nos. 140 and 243] filed for Yuma Companies in the Yuma Energy case [20-41454]. No preference actions to pursue. |

Initial Projected Date Of Final Report (TFR): 09/30/2023    Current Projected Date Of Final Report (TFR): 09/30/2023

/s/ LAURIE DAHL REA

LAURIE DAHL REA